# Order

Michigan Supreme Court
Lansing, Michigan

December 3, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140897(55)

LASHAUNDA GRAVES,
          Plaintiff-Appellant,

v

STATE FARM MUTUAL INSURANCE
COMPANY and JAMI LESSARD,
          Defendants-Appellees.

SC: 140897
COA: 289822
Oakland CC: 2008-093745-CK

_____/

On order of the Court, the motion for reconsideration of this Court's July 26, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2010

Clerk

d1124